

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY, MISSOURI

**FILED**
MAY 17 2016
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY
(Date File Stamp)

| | |
|---|---|
| Judge or Division: SANDRA FARRAGUT-HEMPHILL | Case Number: 16SL-PN02295 |
| | Court ORI Number: MO095015J |
| Petitioner: SHERLYNN LOUISE HAYNIE | MSHP Number: |
| vs. | Responsible Law Enforcement ORI: |
| Respondent: PAUL BREDENKAMP | Related Cases: |
| | Respondent's Home Address: |
| Alias/Nicknames: | Home Phone Number: |
| Respondent's DOB: Age: 56 SSN (if known, last four digits): Race: White Sex: M Hair Color: Unknown or Completely Bald Eye Color: Brown Height: 66" Weight: 180 lbs. (Identifying Information for use by Law Enforcement) | Respondent's Work Address: 5463 PHANTOM HAZELWOOD, MO 63042 Work Phone Number: Work Hours: Other Locations Where Respondent May Be Served: |
| Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses): | Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination:<br>☐ Spouse ☐ Child(ren) in common<br>☐ Former spouse ☐ Intimate residing/resided together<br>☐ Are/were in a continuing social relationship of a romantic/intimate nature<br>☐ Related by blood. Define relationship: _____<br>☐ Related by marriage. Define relationship: _____<br>☐ Residing/resided together; no intimacy<br>☒ Stalking. Define relationship: NO RELATIONSHIP |

## Adult Abuse/Stalking Notice of Hearing on Full Order of Protection

Petitioner has filed a verified petition (copy attached) requesting an Order of Protection against you. The hearing on the verified petition will be in **DIVISION 3** of the Circuit Court of **ST. LOUIS COUNTY**, in **CLAYTON**, Missouri at **09:30 AM**, on **06-JUN-2016**.

_5/17/16_ Date        _[signature]_ Judge/Clerk

**If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of the scheduled hearing date and time.**

### Notice to Respondent

You are notified that under section 455.050, RSMo, if the court finds in favor of Petitioner or you default, the court may grant any of the following forms of relief:

1. Order you not to commit or threaten to commit domestic violence, stalk, molest or disturb the peace of Petitioner wherever Petitioner may be;
2. Order you not to enter upon the premises of the dwelling of Petitioner;
3. Order you not to transfer, encumber or otherwise dispose of mutually owned or leased property;
4. Grant Petitioner temporary possession of specified personal property;
5. Order you to participate in court approved counseling for batterers and/or substance abuse treatment;
6. Award custody of minor children;
7. Establish a visitation schedule;
8. Order you to pay child support and/or maintenance to Petitioner;
9. Order you to make an assignment of earnings or other income;
10. Order you to pay Petitioner's rent or mortgage;
11. Order you to pay for housing or other services provided to Petitioner by a shelter;
12. Order you to pay court costs;
13. Order you to pay Petitioner's attorney fees;
14. Order you to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by you;
15. Temporarily enjoin you from communicating with Petitioner in any manner or through any medium.

# IN THE 21ST JUDICIAL CIRCUIT COURT, ST. LOUIS COUNTY OF MISSOURI county
## Adult Abuse/Stalking Petition for Order of Protection
### Notice to Petitioner: Respondent will receive a copy of this petition with service.

| | |
|---|---|
| Judge or Division: 3 | Case Number: 16SL-PN02295 |
| | Court ORI Number: MO095015J |
| Petitioner: Sherlynn Haynie | MSHP Number: |
| | Responsible Law Enforcement ORI: |
| vs. | Related Cases: |
| Respondent: Paul Bredenkamp | Respondent's Home Address: N/A |
| Alias/Nicknames: | |
| | Home Phone Number: |
| Respondent's DOB: | Respondent's Work Address: 5463 Phantom, Hazelwood, MO 63042 |
| Age: 50 | |
| SSN (if known, last four digits): | Work Phone Number: |
| Race: Caucasian  Sex: ☐F ☒M | Work Hours: 23:00-07:50 (11pm-7:30am) |
| Hair Color: Bald  Height: 5'6 | |
| Eye Color: Brown  Weight: 180 | Other Locations Where Respondent May Be Served: |
| (Identifying Information for use by Law Enforcement) | |
| Visible Identifying Marks (e.g. tattoos, birthmarks, braces, mustache, beard, pierced ear, glasses): | Petitioner's Relationship to Respondent pursuant to 18 U.S.C. §§ 921(a)(32) and 922(g)(8) determination: <br> ☐ Spouse  ☐ Child(ren) in common <br> ☐ Former spouse  ☐ Intimate residing/resided together <br> ☐ Are/were in a continuing social relationship of a romantic/intimate nature <br> ☐ Related by blood. Define relationship: _____ <br> ☐ Related by marriage. Define relationship: _____ <br> ☐ Residing/resided together; no intimacy <br> ☒ Stalking. Define relationship: No Relationship |

## FILED
MAY 17 2016
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY
(Date File Stamp)

### I. PETITIONER INFORMATION
1. I am Petitioner and ☒ at least 17 years of age ☐ under 17 but emancipated
2. I reside in Florissant (city), MO (state), in the County of St. Louis.

### II. RESPONDENT INFORMATION
3. Respondent is ☒ at least 17 years of age or emancipated ☐ under 17
4. Respondent may be found in _____ (city), MO (state), in the County of _____.

### III. LOCATION WHERE DOMESTIC VIOLENCE OR STALKING OCCURRED
5. An act of domestic violence or stalking occurred at _____ (address), _____ (city), _____ (state), in the County of _____.

## IV. COMPLETE FOR DOMESTIC VIOLENCE PETITION ONLY

**Relationship with Respondent**

6. Respondent and I: (check one or more)
   - ☐ reside together.
   - ☐ previously resided together at _____ (address), _____ (city), _____ (state), in the County of _____.
   - ☒ never resided together.

**Residency**

7. The residence in which I live is: (check one or more)
   - ☐ jointly owned, leased or rented or jointly occupied by Respondent and me.
   - ☒ owned, leased, rented or occupied by me.
   - ☐ jointly owned, leased, rented or occupied by me and someone other than Respondent.
   - ☐ owned, leased, rented or occupied by someone else, and Respondent is my spouse.
   - ☐ jointly occupied by me and another person, and Respondent has no property interest therein.

**Custody**

List only the children that the Petitioner and Respondent have in common. The court cannot change custody if a prior order regarding custody is pending or has been made.

8. It is in the best interest of the minor children that custody be awarded as follows:

| Child's Name | SSN (last 4 digits only) | Age | Address (if other than Petitioner) |
|---|---|---|---|
| 1. N/a | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Who did each Child reside with during last six months | Persons to Receive Custody | Custody (check one or both) Temporary | Full |
|---|---|---|---|
| 1. | | ☐ | ☐ |
| 2. | | ☐ | ☐ |
| 3. | | ☐ | ☐ |
| 4. | | ☐ | ☐ |
| 5. | | ☐ | ☐ |

(If necessary, attach additional sheets.)

## V. COMPLETE FOR STALKING PETITION ONLY

9. Respondent is stalking me. Explain relationship (example: co-workers, neighbors, etc.)

## VI. COMPLETE FOR ALL CASES

10. Indicate any prior or pending custody court cases before, or orders entered by, this court or any other court involving the following parties. Indicate the case numbers. (If none, so state):   N/a

   a. Petitioner _____
   b. Respondent _____
   c. Children (identified in item 9) _____

OSCA (03-15) AA40 (ASPO)         2 of 4         455.010, 455.030, 455.030.3 RSMo
CCFC241-WA  07/15

**...Violence/Stalking Acts Committed by Respondent:**

11. Respondent has knowingly and intentionally: (check at least one)
    - ☐ caused or attempted to cause me physical harm
    - ☑ placed or attempted to place me in apprehension of immediate physical harm
    - ☐ coerced me
    - ☑ stalked me
    - ☑ harassed me
    - ☐ sexually assaulted me
    - ☐ unlawfully imprisoned me
    - ☑ followed me from place to place
    - ☐ threatened to do any of the above

    by the following act(s): (Include the most recent date(s) of each act described.)
    ON 3/24/16 HAZELWOOD Police called to 5463 Phantom Respondent threatened to fire me if I didn't perform oral sex on him

12. I am afraid of Respondent and there is an immediate and present danger of domestic violence to me or other good cause
    Reported to Authorities & Work; I believe I have seen Respondent more than (5) times following me and in my neighborhood where I live. I fear reprisal & I need to protect myself from this individual

13. ☐ Photographs/Exhibits are filed as evidence of my injuries.

## VII. PETITIONER'S REQUESTS

14. ☐ Order Petitioner's residential address on voter's registration record to be closed to the public.

15. Pursuant to section 455.010 to section 455.085 RSMo, it is requested that the court issue an Ex Parte Order of Protection restraining Respondent from: (check all that apply)
    - ☑ committing or threatening to commit domestic violence, molesting or disturbing the peace of Petitioner wherever Petitioner may be found.
    - ☑ stalking Petitioner.
    - ☐ entering the dwelling of Petitioner located at (see notice below)
    _____
    - ☐ entering the premises of the Petitioner's school, located at _____
    - ☐ entering onto the premises of the Petitioner's place of employment, located at _____
    - ☑ come within _____ (feet) of the Petitioner.
    - ☑ communicating with Petitioner in any manner or through any medium.
    - ☐ other: _____

**Additional Requests:**

It is further requested that, upon the hearing of this cause, the court also issue a Full Order of Protection enjoining Respondent from the above acts for such time as is necessary to protect Petitioner and that the court: (one or more may be selected)

**Custody**

16. ☐ Award custody of the minor child(ren) to ☐ Petitioner ☐ Respondent.  N/A

17. ☐ Order visitation with the minor child(ren) to ☐ Petitioner ☐ Respondent as follows:  N/A

**Child Support/Maintenance**

18. ☐ Order ☐ Petitioner ☐ Respondent to pay child support to ☐ Petitioner ☐ Respondent in the amount of $ _____ (check one) ☐ per week ☐ per month.

19. ☐ Order ☐ Petitioner ☐ Respondent to pay maintenance to ☐ Petitioner ☐ Respondent in the amount of $ _____ (check one) ☐ per week ☐ per month.

**Other Support**

20. ☐ Order that Respondent make or continue to make the rent or mortgage payments in the amount of $ _____ (check one) ☐ per week ☐ per month on the residence occupied by Petitioner.

21. ☐ Order that Respondent pay Petitioner's rent at a residence, other than the residence previously shared with Respondent, in the amount of $ _____ (check one) ☐ per week ☐ per month.

22. ☐ Order Respondent to pay a reasonable fee for housing and other services provided to Petitioner by a shelter for victims of domestic violence.

23. ☐ Order Respondent to pay the cost of medical treatment or services provided to Petitioner as a result of injuries sustained by an act of domestic violence committed by Respondent.

**Personal Property**

24. ☐ Order that Petitioner be given temporary possession of the following personal property:

25. ☐ Prohibit Respondent from transferring, encumbering, or otherwise disposing of the following property mutually owned or leased with Petitioner:

**Counseling/Treatment**

26. ☐ Order Respondent to participate in a court-approved counseling program designed for ☐ batterers and/or ☐ substance abuse.

**Costs/Fees**

27. ☑ Order Respondent to pay court costs.
28. ☑ Order Respondent to pay Petitioner's attorneys fees.

**Other Orders**

29. ☑ Order the full order of protection issued for one year be automatically renewed unless Respondent requests a hearing by 30 days prior to the expiration of the order.
30. ☐ Other (specify):

## VIII. PETITIONER'S SIGNATURE

I swear/affirm under penalty of perjury that these facts are true according to my best knowledge and belief. I understand that a copy of this petition will be served on the respondent.

05/17/2016
/Date

Petitioner's Signature: Sherlynn Haynie
Address (Optional): 4001 Ashbury Crossing Dr
City, State and Zip: Florissant, MO 63034
Telephone: (314) 837-1836

**NOTICE:** Section 455.030.3, RSMo provides that a Petitioner seeking protection under the Domestic Violence Act is not required to reveal any current address or place of residence on this motion. **Do not provide this information if doing so will endanger you.**

Attorney's Name, Missouri Bar No., if Applicable

Address

City, State and Zip

Telephone

OSCA (03-15) AA40 (ASPO)  
CCFC241-WA  07/15                     4 of 4                    455.010, 455.030, 455.030.3 RSMo